○ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

UNITED STATES OF AMERICA
V.
JUAN CARLOS CONEDERA

**COMMITMENT TO ANOTHER DISTRICT**

FILED
FEB 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 5-09CR2113 | 1:11-mj-00025 SKO | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☐ Complaint    ✔ Other (specify)  Violation Petition
charging a violation of          U.S.C. §

**DISTRICT OF OFFENSE:**    Southern District of Texas, Laredo

**DESCRIPTION OF CHARGES:**    Violation of Supervised Release

**CURRENT BOND STATUS:**
☐ Bail fixed at $            and conditions were not met
✔ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:    ☐ Retained Own Counsel    ✔ Federal Defender Organization    ☐ CJA Attorney    ☐ None

Interpreter Required?    ☐ No    ✔ Yes    Language:  Spanish

**EASTERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2-24-11
Date

_Sheila K. Oberto_
Magistrate Judge Sheila K. Oberto

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |